UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| CESAR DE LA GARZA | : | PRISONER<br>CIVIL NO. 3:09CV1698(AWT) |
| V. | : | |
| JEFFREY MCGILL, ET AL. | : | OCTOBER 18, 2010 |

## WRIT OF HABEAS CORPUS

**TO THE COMMISSIONER OF CORRECTION OF THE STATE OF CONNECTICUT, OR HIS DEPUTY, AND TO THE WARDEN OF NORTHERN CORRECTIONAL INSTITUTION**

By authority of the United States of America, you are hereby commanded to bring Cesar De La Garza, Inmate #348277, who is now confined at Northern Correctional Institution, 287 Bilton Rd, P.O. Box 665, Somers, CT 06071, before the United States District Court for the District of Connecticut, 450 Main Street, Hartford, Connecticut, on Wednesday, the 3rd day of November, 2010, at 9:00 a.m., to participate in a civil matter pending before this Court.

It is the responsibility of the Connecticut Department of Correction to escort the above named inmate to the federal building and to return him to Northern Correctional Institution after the civil matter has concluded on November 3, 2010.

Dated at Hartford, Connecticut, this _____ day of October, 2010.

BY ORDER OF THE COURT

/s/ Alvin W. Thompson, USDJ

Alvin W. Thompson
Chief United States District Judge

I hereby certify that the foregoing
is a true copy of the original document
on file. Date: 10/18/10
Roberta D. Tabora
Clerk
By S. L. Smith
Deputy Clerk